**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE TOHONO O'ODHAM NATION,   ) | |
|          ) | |
|      **Plaintiff,**      ) | |
|          ) | |
|      **v.**        ) | **Case No. 06-CV-02236-JR** |
|          ) | **Judge James Robertson** |
| **DIRK KEMPTHORNE,**     ) | |
| **Secretary of the Interior, et alia**   ) | |
|          ) | |
|          ) | |
|      **Defendants.**     ) | |
| _____) | |

## NOTICE OF APPEARANCE

Please enter the appearance of John H. Martin as counsel in the above captioned action on behalf of the Defendants Dirk Kempthorne, Secretary of the Interior; Ross O. Swimmer, Special Trustee for American Indians; and Henry M. Paulson, Secretary of the Treasury, in their official capacities.

Respectfully submitted this 21st day of February, 2007,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

/s/ John H. Martin
JOHN H. MARTIN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
john.h.martin@usdoj.gov
TEL: (303) 844-1383
FAX: (303) 844-1350

Kevin J. Larsen

1

Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0258
Tel: (202 305-0241
Fax: (202) 353-2021

Kenneth Dalton
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

Teresa E. Dawson
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 21, 2007,  I served the foregoing Notice of Appearance by causing a full, true and correct copy thereof to be sent to the following persons by Electronic Service pursuant to Local Civil Rule 5.4(d)

Keith Harper, Lead Attorney for Plaintiff

Dated this 21st day of February 2007.

_/s/ John H. Martin_____
John H. Martin
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
(303) 844-1383 (tel)
(303) 844-1350 (fax)
john.h.martin@usdoj.gov
Attorney for Federal Defendants