## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE TOHONO O'ODHAM NATION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DIRK KEMPTHORNE,** )<br>Secretary of the Interior, et al. )<br>)<br>**Defendants.** )<br>_____) | Case No. 06-cv-02236-JR<br>Judge James Robertson |

### NOTICE OF APPEARANCE

Please enter the appearance of G. William Austin as counsel in the above captioned action on behalf of the Plaintiff, the Tohono O'Odham Nation.

Respectfully submitted this 25th day of April 2007,

                                                                   /s/ G. William Austin, III_____
                                                              G. WILLIAM AUSTIN, III
                                                               Kilpatrick Stockton LLP
                                                                607 14th Street, NW Ste. 900
                                                                Washington, D.C. 20005
                                                                baustin@kilpatrickstockton.com
                                                                Phone: (202) 508-5842
                                                                Fax: (202) 585-0053
                                                                Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2007 I served the foregoing Notice of Appearance upon counsel of records via the Court's Electronic Case Filing service.

Dated: April 25, 2007

                                                         /s/ G. William Austin, III
                                                  G. WILLIAM AUSTIN, III
                                                  Kilpatrick Stockton LLP
                                                  607 14th Street, NW Ste. 900
                                                  Washington, D.C. 20005
                                                  baustin@kilpatrickstockton.com
                                                  Phone: (202) 508-5842
                                                  Fax: (202) 585-0053
                                                  Attorney for Plaintiff