IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>DIRK KEMPTHORNE, 　　　　　　　　)<br>Secretary of the Interior, et alia 　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　Defendants. 　　　　　　　　　　)<br>_____) | Case No. 06-CV-02236-JR<br>Judge James Robertson |

**JOINT MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE LOCAL CIVIL RULE 16.3(d) REPORT,
AND [PROPOSED] ORDER**

　　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (Fed. R. Civ. P), Plaintiff Tohono O'Odham Nation and Defendants Dirk Kempthorne, Secretary of the Interior; Ross O. Swimmer, Special Trustee, Office of the Special Trustee for American Indians and Henry M. Paulson, Jr., Secretary of the Treasury jointly request a seven (7) day extension of time, to and including May 2, 2007, within which to file their joint report and proposed scheduling order required pursuant to Local Civil Rule ("LCvR") 16.3(d). The current filing deadline is April 25, 2007. This joint motion is the parties' first such motion. The grounds for the motion are as follows:

　　　　1.　　On December 29, 2006, Plaintiff filed its Complaint against the Defendants in this case. Defendants moved for an unopposed extension to and including March 27, 2007, to file its Answer to the Plaintiff's Complaint. The Defendants timely answered Plaintiff's Complaint on March 27, 2007.

2.      On April 11, 2007, the parties met and conferred in accordance with Fed. R. Civ. P. 26(f) and LCvR 16.3.  At this time the parties have divergent views as to the manner by which the case should proceed.  Notwithstanding the parties' disagreement, the parties desire to develop and propose a joint report in accordance with LCvR 16.3 to promptly and fully inform the Court of the parties' respective views on case management and scheduling issues.

3.      Undersigned counsel for the parties have been working diligently on the draft reports and proposed scheduling orders.  Because of the complexity of the issues presented, the desire to present a satisfactory and well-considered joint report, and to provide for adequate review not only by each other, but also by their respective client governmental bodies, and to address and incorporate comments based on that review, the parties agree that additional time is necessary to complete work on their proposed joint LCvR 16.3 report.

4.      The granting of this motion will not unduly prejudice the rights and interests of the parties in this case.  The denial of this motion would adversely affect the ability of the parties to prepare a comprehensive report and proposed scheduling order pursuant to LCvR 16.3 and Fed. R. Civ. P. 26(f) and provide the Court with the full benefit of the parties' respective views regarding case management and scheduling issues in this case.

5.      Further, the parties request that the Court defer any requirement that the parties make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) until after the Court has issued a scheduling order or other order regarding such disclosures.

6.      Counsel for Plaintiff Tohono O'Odham Nation has authorized the undersigned attorney for the Defendants to represent to the Court that the Plaintiff fully joins in this motion.

WHEREFORE, the parties respectfully request that this joint motion for enlargement of

time be GRANTED.

    Respectfully submitted this 25th day of April, 2007,

        Matthew McKeown
        Acting Assistant Attorney General

        *s/ John H. Martin*
        JOHN H. MARTIN
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        1961 Stout Street, Eighth Floor
        Denver, CO 80294
        john.h.martin@usdoj.gov
        Tel: (303) 844-1383
        Fax: (303) 844-1350

        Anthony P. Hoang
        Kevin J. Larsen
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0258
        Fax: (202) 353-2021

        OF COUNSEL

        Kenneth Dalton
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C.  20240

        Rachel Howard
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C.  20227

        Attorneys for Defendants

*/s/ G. William Austin by John H. Martin*
Keith Harper
G. William Austin
KILPATRICK STOCKTON LLP
607 14th Street, N.W. Suite 900
Washington D.C.. 20005
Kharper@KilpatrickStockton.com
BAustin@KilpatrickStockton.com
Tel: (202) 508-5800
Fax: (202) 508-5858

Attorneys for Plaintiff
Tohono O'Odham Nation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TOHONO O'ODHAM NATION, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et alia )<br>)<br>    Defendants. )<br>_____) | Case No. 06-CV-02236-JR<br>Judge James Robertson |

**[PROPOSED] ORDER**

    This matter is before the Court on the Parties' Joint Motion for Extension of Time to File Local Civil Rule ("Rule") 16.3(d) Report and [Proposed] Order. Upon consideration of the motion and for good cause shown, it is hereby

    ORDERED that the Parties' Joint Motion for Extension of Time to File the Rule 16.3(d) Report is hereby GRANTED and the Parties shall file their Rule 16.3(d) Report and proposed scheduling order no later than May 2, 2007.

    FURTHER ORDERED that the Parties are not required to make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) until after the Court has issued a scheduling order or other order regarding such disclosures

    SO ORDERED.


    Signed by Judge James Robertson.