**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Assiniboine & Sioux Tribes of the Fort Peck Indian Reservation v. Norton, et al. : | Civil Action No. 02-0035 (JR) |
| Standing Rock Sioux Tribe v. Norton, et al. : | Civil Action No. 02-0040 (JR) |
| Three Affiliated Tribes of the Fort Berthold Reservation v. Norton, et al. : | Civil Action No. 02-0253 (JR) |
| Shoshone-Bannock Tribes of the Fort Hall Reservation v. Norton, et al. : | Civil Action No. 02-0254 (JR) |
| Chippewa Cree Tribe of the Rocky Boy's Reservation v. Norton, et al. : | Civil Action No. 02-0276 (JR) |
| Yankton Sioux Tribe v. Norton, et al. : | Civil Action No. 03-1603 (JR) |
| Osage Tribe of Indians of Oklahoma v. USA, et al. : | Civil Action No. 04-0283 (JR) |
| Crow Creek Sioux Tribe v. Kempthorne, et al. : | Civil Action No. 04-0900 (JR) |
| Omaha Tribe of Nebraska v. Kempthorne, et al. : | Civil Action No. 04-0901 (JR) |
| Oglala Sioux Tribe v. Kempthorne, et al. : | Civil Action No. 04-1126 (JR) |
| The Confederated Tribes of the Colville Reservation v. Norton, et al. : | Civil Action No. 05-2471 (JR) |
| Wyandot Nation of Kansas v. Kempthorne, et al. : | Civil Action No. 05-2491 (JR) |
| Rosebud Sioux Tribe v. Kempthorne, et al. : | Civil Action No. 05-2492 (JR) |

```
Winnebago Tribe of Nebraska    :
v. Kempthorne, et al.          :  Civil Action No. 05-2493 (JR)

Lower Brule Sioux Tribe v.     :
Kempthorne, et al.             :  Civil Action No. 05-2495 (JR)

Prairie Band of Potawatomi     :
Nation v. Kempthorne, et al.   :  Civil Action No. 05-2496 (JR)

Te-Moak Tribe of Western       :
Shoshone Indians v.            :  Civil Action No. 05-2500 (JR)
Norton, et al.                 :

Cheyenne River Sioux Tribe v.  :
Kempthorne, et al.             :  Civil Action No. 06-1897 (JR)

Stillaguamish Tribe of         :
Indians v. Kempthorne, et al.  :  Civil Action No. 06-1898 (JR)

Iowa Tribe of Kansas and       :
Nebraska v. Kempthorne, et al.:  Civil Action No. 06-1899 (JR)

Confederated Tribes of the     :
Goshute Reservation v.         :  Civil Action No. 06-1902 (JR)
Kempthorne, et al.             :

Muskogee (Creek) Nation of     :
Oklahoma v. Kempthorne, et al.:  Civil Action No. 06-2161 (JR)

Eastern Shawnee Tribe of       :
Oklahoma v. Kempthorne, et al.:  Civil Action No. 06-2162 (JR)

Northwestern Band of Shoshone  :
v. Kempthorne, et al.          :  Civil Action No. 06-2163 (JR)

Red Cliff Bank of Lake         :
Superior Indians v.            :  Civil Action No. 06-2164 (JR)
Kempthorne, et al.             :

Pechanga Band of Luiseno       :
Mission Indians v.             :  Civil Action No. 06-2206 (JR)
Kempthorne, et al.             :

Colorado River Indian Tribes   :
v. Kempthorne, et al.          :  Civil Action No. 06-2212 (JR)

Tohono O'Odham Nation v.       :
Kempthorne, et al.             :  Civil Action No. 06-2236 (JR)
```

Nez Perce Tribe, et al. v.       :
Kempthorne, et al.               :  Civil Action No. 06-2239 (JR)

Passamaquoddy Tribe of           :
Maine v. Kempthorne, et al.      :  Civil Action No. 06-2240 (JR)

Salt River Pima-Maricopa         :
Indian Community v.              :  Civil Action No. 06-2241 (JR)
Kempthorne, et al.               :

Coer D'Alene Tribe v.            :
Kempthorne, et al.               :  Civil Action No. 06-2242 (JR)

Ak-Chin Indian Community v.      :
Kempthorne, et al.               :  Civil Action No. 06-2245 (JR)

Sokaogon Chippewa Community      :
v. Kempthorne, et al.            :  Civil Action No. 06-2247 (JR)

Gila River Indian Community      :
v. Kempthorne, et al.            :  Civil Action No. 06-2249 (JR)

Northern Cheyenne Tribe of       :
Indians v. Kempthorne, et al.    :  Civil Action No. 06-2250 (JR)

Haudenosaunee: The Onondaga      :
Nation v. Kempthorne, et al.     :  Civil Action No. 06-2254 (JR)

## ORDER

1.   The plaintiff tribes may have until October 1, 2007, to file one or more principal briefs that respond to the motion for remand and stay that the government has filed in each of the 37 tribal cases pending before me.[1]  (There is no limit to the number of "principal briefs" that may be filed, but the Court contemplates that counsel for the plaintiffs will try to agree on

---

[1]   Some of the government's motions were filed under motions for leave to late-file; those motions are all granted. Some tribes have moved for extensions of time to respond; those motions are all granted to the deadlines set by this order.

one, two, or at most three.)  Each tribe may then have until

October 22, 2007, to file additional or supplemental briefs,

containing information and arguments specific to that tribe and

not covered in principal briefs.  The government may have until

November 21, 2007, to file its reply brief (or reply briefs).

      2.  Leave to exceed page limitations is granted in

advance for plaintiffs' principal brief or briefs and for any

omnibus government reply.

      3.  A principal brief need be filed only in one of the

pending 37 cases and will be deemed filed in all of them.

Counsel filing principal briefs are directed to give e-mail

notice of such filing to counsel for the other plaintiff tribes.

      4.  All other proceedings in these cases will be stayed

during the pendency of the government's remand motion.  Parties

bringing motions that require attention during this period must

also move to lift the stay, and the time for any response will

not begin to run unless and until the stay is lifted.  Notice of

a motion filed under this paragraph need not be given to counsel

in cases other than the case(s) in which the motion is filed.


                           JAMES ROBERTSON
                 United States District Judge