**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

TOHONO O'ODHAM NATION,          :
                                :
     Plaintiff,                :
                                :
  v.                            : Civil Action No. 06-2236 (JR)
                                :
DIRK KEMPTHORNE, Secretary of   :
the Interior, *et al.*,         :
                                :
     Defendants.               :

## ORDER

The government's motion to respond to plaintiffs' status report and file revised status report and proposed case management order [25] is **granted**.  Such filing is due 4/30/08.


                          JAMES ROBERTSON
                   United States District Judge