IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOHONO O'ODHAM NATION )<br>　　　　　　　　　　　　　　　　 )<br>　　　Plaintiff,　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>DIRK KEMPTHORNE, *et al.*　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　Defendants.　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 ) | Case No. 06-2236<br>Judge James Robertson |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

On April 29, 2008, the Plaintiff Tohono O'odham Nation along with the three other Plaintiff Tribes represented by the same counsel filed identical motions for the entry of trust record preservation orders ("Motion for RRO") in their respective cases. Dkt No. 31, *See also,* Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the memorandum accompanying the Motion for RRO, counsel represented that twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See, e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32), p. 3.

On the same date as this Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Response"), defendants have filed, or will file a Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Opposition") as well as numerous

declarations in support of the Opposition in *Salt River Pima-Maricopa Indian Community*, Case No 06-CV-02241-JR (D.D.C.). In that Opposition, defendants explain in great detail why record retention orders in these Tribal trust cases are unnecessary and prejudicial to the defendants because the orders would, (1) in all critical respects, be duplicative of record preservation procedures already in place, and (2) in numerous critical respects, impose burdens upon the defendants that would substantially impede their operations and mission. Because defendants in the instant case believe that no trust preservation order is necessary or appropriate, defendants join in the Opposition filed in *Salt River Pima Maricopa Tribe*, and, in support of the instant Response, rely upon the declarations filed in support of the Opposition and incorporate by reference the Opposition and declarations as if filed herein.

For the reasons set forth above, as well as the reasons set forth in the Opposition and supporting declarations filed in *Salt River Pima Maricopa Tribe*, Defendants request that Plaintiff's Motion for Entry of Trust Record Preservation Order be denied in its entirety.

Respectfully submitted this 20th day of June 2008,

>RONALD J. TENPAS
>Assistant Attorney General
>
>/s/ *John H. Martin*
>JOHN H. MARTIN
>BRIAN M. COLLINS
>ANTHONY P. HOANG
>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>Tel: (303) 844-1383
>Tel: (202) 305-0428
>Tel: (202) 305-0241
>Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN

Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOHONO O'ODHAM NATION  )<br> )<br>    Plaintiff,  )<br> )<br>    v.  )<br> )<br>DIRK KEMPTHORNE, *et al.*  )<br> )<br>    Defendants.  )<br>_____) | Case No. 06-2236<br>Judge James Robertson |

## **[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Entry of Trust Record Preservation Order. Upon consideration of the motion and supporting memoranda, the response filed in this case as well as the response submitted by the defendants in *Salt River Pima-Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.), the record, and the relevant law, it is on this _____ day of _____, 2008,

ORDERED that, for good cause shown, Plaintiff's motion is DENIED.


Dated: _____          _____
                                 JAMES ROBERTSON
                                 United States District Judge